# M A N D A T E

**THE STATE OF TEXAS**

**TO THE COUNTY COURT AT LAW OF VAL VERDE COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on November 12, 2014, the cause upon appeal to revise or reverse your judgment between

Diron Shay Holt, Appellant

V.

Jenny Lissa Hale, Appellee

No. 04-14-00113-CV and Tr. Ct. No. 3112CCL

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the opinion of the trial court is AFFIRMED.**

**We ORDER that appellee Jenny Lissa Hale recover her costs of this appeal from appellant Diron Shay Holt.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Catherine Stone, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on January 21, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 3853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00113-CV

**Diron Shay Holt**

**v.**

**Jenny Lissa Hale**

(NO. 3112CCL IN COUNTY COURT AT LAW OF VAL VERDE COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| CLERK'S RECORD | $66.00 | PAID | J. W. JOHNSON |
| STATEWIDE EFILING FEE | $20.00 | PAID | JOHNSON LAW OFFICES |
| FILING | $100.00 | PAID | JOHNSON LAW OFFICES |
| INDIGENT | $25.00 | PAID | JOHNSON LAW OFFICES |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | JOHNSON LAW OFFICES |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this January 21, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 3853